■ In the Matter of JOSE RIVERA, Appellant, v BENJAMIN WARD, as Police Commissioner of the City of New York, et al., Respondents.—Judgment, Supreme Court, New York County (Jacqueline Silbermann, J.), entered on August 31, 1988, dismissing the petition, unanimously affirmed, without costs.

In this CPLR article 78 proceeding, wherein petitioner, a former police officer, sought an award of back pay for the period of his suspension from the police force, from February 9, 1987 to November 6, 1987, pending a trial on departmental charges, the court below dismissed the petition, finding that the respondent Police Commissioner had properly denied the award.

Under the unambiguous provisions of Administrative Code of the City of New York § 14-123, which provide that a suspended officer is entitled to back pay only if he has "not be[en] convicted by the commissioner of the charges so preferred", petitioner's conviction after trial, upon his plea of guilty, of two of the three charges preferred against him barred an award of back pay for the period of his suspension (*Matter of O'Keefe v Murphy*, 38 NY2d 563 [1976]; *Brenner v City of New York*, 9 NY2d 447 [1961]). Concur—Murphy, P. J., Ross, Ellerin, Smith and Rubin, JJ.

■ JENNIFER M., Respondent, v SYRACUSE UNIVERSITY, Appellant.—Order of the Supreme Court, New York County (C. Beauchamp Ciparick, J.), entered on September 7, 1988, denying defendant's motion for a change of venue to Onondaga County and granting plaintiff's cross motion for an order retaining venue in New York County, unanimously affirmed, with costs and disbursements.

Defendant's motion, insofar as based upon impropriety of venue (CPLR 510 [1]), is untimely (CPLR 511 [a]). Since defendant has not met its burden of setting forth the identities of the witnesses as well as the subject matter of their testimony to justify a change of venue for the convenience of witnesses (*see, Stavredes v United Skates*, 87 AD2d 502; CPLR 510 [3]), it was not an abuse of discretion for the IAS court to have denied the motion. Concur—Murphy, P. J., Sullivan, Wallach and Smith, JJ.